ORIGINAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK TADDEO, et al.

    Plaintiff,

vs.

AMERICAN INVESCO CORPORATION, et al.

    Defendant(s).

Case # 2:08-cv-01463-KJD-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____CHAD E. WEAVER_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __4112 Shorebreak, Huntington Beach, 92649__
   (city)

   __Orange__, __California__
   (county)   (state)

2. That Petitioner is an attorney at law and a member of the law firm of

   __Edgerton & Weaver, LLP__ with offices at

   __2615 Pacific Coast Hwy., Suite 300__
   (street address)

   __Hermosa Beach__, __90254__, __(310) 937-2066__
   (city)   (zip code)   (area code + telephone number)

   __cweaver@edgertonweaver.com__
   *(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by _Stearns Lending, Inc._ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since _December 5, 1997_ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of _California_ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the State of California | December 5, 1997 | 191984 |
| Supreme Court of the State of Florida | June 27, 2005 | 0012928 |
| United States Court of Appeals | August 16, 2002 | 191984 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

California State Bar
Florida State Bar

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF __California__ )
)
COUNTY OF __Los Angeles__ )

__Chad E. Weaver__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this ___30th___ day of ___December___, ___2008___.

_____
Notary public or Clerk of Court

BETTY ANN SWEENEY
Comm. No. 1663107
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. May 13, 2010

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Mace J. Yampolsky__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Mace J. Yampolsky
Mace Law
625 South Sixth Street
Las Vegas, NV 89101       Tel: (702) 385-9777 - email: mace@macelaw.com
(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints ___Mace J. Yampolsky___ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) CFO. & Secretary for Stearns Lending Inc.

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

DONNA HICKS
NOTARY PUBLIC
STATE OF NEVADA
APPT No. 98-8911-1
MY APPT EXPIRES AUGUST 17, 2012

_____  1945
Designated Resident Nevada Counsel's Signature    Bar number

Donna Hicks 2/8/2009

APPROVED:

Dated: this __28__ day of __April__, 20_09_

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

# CERTIFICATE OF GOOD STANDING

Case 2:08-cv-01463-KJD-RJJ   Document 205   Filed 04/28/09   Page 6 of 9

# United States Court of Appeals

FOR THE NINTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, _____*Molly C. Dwyer*_____, Clerk of this Court,

certify that _____**CHAD ERVIN WEAVER**_____ was duly admitted

to practice in this Court on _____*August 16, 2002*_____
                                         Date

and is in good standing in this Court.

Dated at _____**San Francisco, CA**_____ on _____*January 7, 2009*_____
            Location                              Date

_____          _____
        CLERK                         DEPUTY CLERK



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CHAD ERVIN WEAVER

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that **CHAD ERVIN WEAVER** was on the 5th day of December 1997 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 23d day of January, 2009.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### CHAD ERVIN WEAVER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **June 27, 2005**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 5, 2009.*

*Clerk of the Supreme Court of Florida*