APN: 162-16-810-296

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) | Case no.: 2:08-cv-01463-KJD-RJJ  LIS PENDENS |
| Plaintiffs, | ) ) | |
| vs. | ) | |
| AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | ) ) ) ) ) ) ) ) ) | |

1

1   AMERICAN INVSCO REALTY, INC., a          )
    Nevada corporation; MERIDIAN PRIVATE     )
2   RESIDENCES CH, LLC, a Michigan limited-  )
    liability company; MERIDIAN              )
3   CONDOMINIUM RENTAL SERVICES,             )
    INC., a Nevada corporation; CONAM        )
4   MANAGEMENT CORPORATION, a                )
    California Corporation; EXECUTIVE        )
5   LOCATIONS, LLC, a Nevada limited-liability )
    company; ERIC LYNN, an individual; FCC   )
6   MORTGAGE CORPORATION, a Nevada           )
7   Corporation;  MAC REALTY, INC., a Nevada )
    Corporation; MICHAEL MACKENZIE, an       )
8   individual; DALE CAMPBELL, an individual; )
    REBEKAH DESMET, an individual; RON       )
9   ALDINGER, an individual; NICK            )
    GOULETAS, an individual; STEVEN          )
10  GOULETAS, an individual;  SCOTT          )
11  OEHLKE, an individual; NICK BAIRD, an    )
    individual; SHAYNA GOLDSTEIN, an         )
12  individual; MICHAEL ZINK, an individual; )
13  INVSCO GROUP, LTD., an Illinois          )
    corporation;  GMAC MORTGAGE             )
14  CORPORATION, a Pennsylvania              )
    Corporation; TAYLOR BEAN &               )
15  WHITAKER MORTGAGE CORPORATION,           )
    a Florida corporation; COUNTRYWIDE       )
16  HOME LOANS, INC., a New York             )
    corporation;  STEARNS LENDING, INC., a   )
17  California corporation; ALL WESTERN      )
18  MORTGAGE, INC., a Nevada corporation;    )
    WELLS FARGO BANK, a National             )
19  Association; OAK STREET MORTGAGE,        )
    LLC, a Delaware Limited Liability Company; )
20  GREENPOINT MORTGAGE FUNDING,             )
    INC. a New York corporation; SILVER      )
21  STATE MORTGAGE, a Nevada Limited         )
22  Liability Company; DRAPER & KRAMER       )
    MORTGAGE CORPORATION; WMC                )
23  MORTGAGE CORPORATION, a California       )
    corporation; RECONSTRUCT MORTGAGE        )
24  CO. NA; MORTGAGE ELECTRONIC              )
25  REGISTRATION SYSTEM (MERS);              )
    REGIONS BANK; and US BANK CORP;          )
26  DOES 1-1000; and ROE ENTITIES 1-1000,    )
                                             )
27                  Defendants.
    _____

28
                        2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 230 E. Flamingo Road, Unit 115, Las Vegas, Clark County, Nevada, 89169:

Assessors Parcel Numbers: 162-16-810-296

Assessors Description: Meridian at Hughes Center
                       Plat Book 49 Page 40
                       Unit 123 Bldg 3

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:    February 18, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES


By:_____
   MICHAEL R. MUSHKIN, ESQ.
   Nevada State Bar #2421
   4475 S. Pecos Road
   Las Vegas, Nevada 89121
   Attorneys for Plaintiffs

EXHIBIT A

Escrow No.   7130389-ND

**EXHIBIT A**
**LEGAL DESCRIPTION**

**PARCEL I:**

UNIT ONE HUNDRED TWENTY-THREE (123) ("UNIT") IN BUILDING THREE (3) ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER RECORDED JUNE 01, 2005 AS INSTRUMENT NO. 0001551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").

**PARCEL II:**

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

**PARCEL III:**

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

**PARCEL IV:**

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

APN: 162-16-810-137

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada  89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRANK TADDEO; AMELIA TADDEO;      )   Case no.: 2:08-cv-01463-KJD-RJJ
MARY HELDT; VICTOR HELDT; BRUCE   )
COUTURIER; ELEANOR COUTURIER;     )
RAGHID B. KOSA; BASIL KOSA; NASIR )   LIS PENDENS
KOSA; MAHA KOSA; WISAM B. KOSA;   )
RAAD KOSA; SAIID MATTI; SHAHIN    )
EDALATDJU; SNAP PROPERTIES, LLC;  )
AND ALL OTHERS SIMILARLY          )
SITUATED,                         )
                                  )
              Plaintiffs,         )
                                  )
vs.                               )
AMERICAN INVSCO CORPORATION, a    )
Delaware Corporation; KOVAL FLAMINGO, )
LLC, a Nevada limited-liability company; )
SEG NEVADA CONSULTANTS, INC., a   )
Nevada corporation; SEG NEVADA    )
MEMBERS, LLC, a Nevada limited-liability )
company; CONDOMINIUM RENTAL       )
SERVICES, INC., an Illinois corporation; )

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMERICAN INVSCO REALTY, INC., a )
Nevada corporation; MERIDIAN PRIVATE )
RESIDENCES CH, LLC, a Michigan limited- )
liability company; MERIDIAN )
CONDOMINIUM RENTAL SERVICES, )
INC., a Nevada corporation; CONAM )
MANAGEMENT CORPORATION, a )
California Corporation; EXECUTIVE )
LOCATIONS, LLC, a Nevada limited-liability )
company; ERIC LYNN, an individual; FCC )
MORTGAGE CORPORATION, a Nevada )
Corporation;  MAC REALTY, INC., a Nevada )
Corporation; MICHAEL MACKENZIE, an )
individual; DALE CAMPBELL, an individual; )
REBEKAH DESMET, an individual; RON )
ALDINGER, an individual; NICK )
GOULETAS, an individual; STEVEN )
GOULETAS, an individual;  SCOTT )
OEHLKE, an individual; NICK BAIRD, an )
individual; SHAYNA GOLDSTEIN, an )
individual; MICHAEL ZINK, an individual; )
INVSCO GROUP, LTD., an Illinois )
corporation;  GMAC MORTGAGE )
CORPORATION, a Pennsylvania )
Corporation; TAYLOR BEAN & )
WHITAKER MORTGAGE CORPORATION, )
a Florida corporation; COUNTRYWIDE )
HOME LOANS, INC., a New York )
corporation;  STEARNS LENDING, INC., a )
California corporation; ALL WESTERN )
MORTGAGE, INC., a Nevada corporation; )
WELLS FARGO BANK, a National )
Association; OAK STREET MORTGAGE, )
LLC, a Delaware Limited Liability Company; )
GREENPOINT MORTGAGE FUNDING, )
INC. a New York corporation; SILVER )
STATE MORTGAGE, a Nevada Limited )
Liability Company; DRAPER & KRAMER )
MORTGAGE CORPORATION; WMC )
MORTGAGE CORPORATION, a California )
corporation; RECONSTRUCT MORTGAGE )
CO. NA; MORTGAGE ELECTRONIC )
REGISTRATION SYSTEM (MERS); )
REGIONS BANK; and US BANK CORP; )
DOES 1-1000; and ROE ENTITIES 1-1000, )
)

Defendants.

2

# LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 210 E. Flamingo Road, Unit 1-402, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-137

Assessors Description:  Meridian at Hughes Center
Plat Book 49 Page 40
Unit 436 Bldg 1

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:    February 25, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By:_____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3

## EXHIBIT A

20051222-0004347

FEE: $17.00          RPTT: $1,968.60
N/C Fee:  $0.00

A.P.N.:          162-16-810-137

File No:         101-2241578 (PK)

R.P.T.T.:        $1,968.60

12/22/2005          14:59:00
T20050232147

Requestor:
    FIRST AMERICAN TITLE COMPANY OF NEVAD

Frances Deane                    SUO
Clark County Recorder      Pgs: 4

When Recorded Mail To: Mail Tax Statements To:
Amanda K. Turko
7955 Prairie River Street
Las Vegas, NV 89113

### GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION,* receipt of which is hereby acknowledged,

Koval Flamingo LLC, a Nevada Limited Liability Company

do(es) hereby *GRANT, BARGAIN* and *SELL* to

Amanda K. Turko, an unmarried woman

the real property situate in the County of Clark, State of Nevada, described as follows:

**PARCEL I:**

**UNIT 436 ("UNIT") IN BUILDING 1 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF
THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE
OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"),
AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION
OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES
CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 0001551 IN BOOK
20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT
HUGHES CENTER DECLARATION").**

**PARCEL II:**

**TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE
GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND
THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL III:**

**TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON
ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT
TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL IV:**

EXHIBIT A

EXHIBIT A

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

Subject to

1.  All general and special taxes for the current fiscal year.

2.  Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 12/14/2005

EXHIBIT A

APN: 162-16-810-340

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada  89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br> vs. <br> AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | Case no.: 2:08-cv-01463-KJD-RJJ <br><br> LIS PENDENS |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a ) |
| | Nevada corporation; MERIDIAN PRIVATE ) |
| 2 | RESIDENCES CH, LLC, a Michigan limited- ) |
| | liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, ) |
| | INC., a Nevada corporation; CONAM ) |
| 4 | MANAGEMENT CORPORATION, a ) |
| | California Corporation; EXECUTIVE ) |
| 5 | LOCATIONS, LLC, a Nevada limited-liability ) |
| 6 | company; ERIC LYNN, an individual; FCC ) |
| | MORTGAGE CORPORATION, a Nevada ) |
| 7 | Corporation;  MAC REALTY, INC., a Nevada ) |
| | Corporation; MICHAEL MACKENZIE, an ) |
| 8 | individual; DALE CAMPBELL, an individual; ) |
| | REBEKAH DESMET, an individual; RON ) |
| 9 | ALDINGER, an individual; NICK ) |
| 10 | GOULETAS, an individual; STEVEN ) |
| | GOULETAS, an individual;  SCOTT ) |
| 11 | OEHLKE, an individual; NICK BAIRD, an ) |
| | individual; SHAYNA GOLDSTEIN, an ) |
| 12 | individual; MICHAEL ZINK, an individual; ) |
| 13 | INVSCO GROUP, LTD., an Illinois ) |
| | corporation;  GMAC MORTGAGE ) |
| 14 | CORPORATION, a Pennsylvania ) |
| | Corporation; TAYLOR BEAN & ) |
| 15 | WHITAKER MORTGAGE CORPORATION, ) |
| 16 | a Florida corporation; COUNTRYWIDE ) |
| | HOME LOANS, INC., a New York ) |
| 17 | corporation;  STEARNS LENDING, INC., a ) |
| | California corporation; ALL WESTERN ) |
| 18 | MORTGAGE, INC., a Nevada corporation; ) |
| 19 | WELLS FARGO BANK, a National ) |
| | Association; OAK STREET MORTGAGE, ) |
| 20 | LLC, a Delaware Limited Liability Company; ) |
| | GREENPOINT MORTGAGE FUNDING, ) |
| 21 | INC. a New York corporation; SILVER ) |
| | STATE MORTGAGE, a Nevada Limited ) |
| 22 | Liability Company; DRAPER & KRAMER ) |
| | MORTGAGE CORPORATION; WMC ) |
| 23 | MORTGAGE CORPORATION, a California ) |
| 24 | corporation; RECONSTRUCT MORTGAGE ) |
| | CO. NA; MORTGAGE ELECTRONIC ) |
| 25 | REGISTRATION SYSTEM (MERS); ) |
| | REGIONS BANK; and US BANK CORP; ) |
| 26 | DOES 1-1000; and ROE ENTITIES 1-1000, ) |
| | ) |
| 27 | Defendants. |
| 28 | |

2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 230 E. Flamingo Road, Unit 208, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-340

Assessors Description: Meridian at Hughes Center
                       Plat Book 49 Page 40
                       Unit 230 Bldg 3

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:   March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By: _____
    MICHAEL R. MUSHKIN, ESQ.
    Nevada State Bar #2421
    4475 S. Pecos Road
    Las Vegas, Nevada 89121
    Attorneys for Plaintiffs

3

**EXHIBIT A**

20051222-0004289

Fee: $17.00     RPTT: $1,828.35
N/C Fee: $0.00

12/22/2005          14:59:00
T20050232147

Requestor:
FIRST AMERICAN TITLE COMPANY OF NEVA

Frances Deane                   SUO
Clark County Recorder      Pgs: 4

A.P.N.:        162-16-810-340
File No:       101-2227927 (PK)
R.P.T.T.:      $1,828.35

When Recorded Mail To:  Mail Tax Statements To:
Michelle Martin
230 E Flamingo Rd Bldg 3 Unit 230, AKA Bldg 3 Unit 208
Las Vegas, NV 89109

## GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION*, receipt of which is hereby acknowledged,

Koval Flamingo LLC, a Nevada Limited Liability Company

do(es) hereby *GRANT, BARGAIN and SELL* to

Michelle Martin, a single woman

the real property situated in the County of Clark, State of Nevada, described as follows:

**PARCEL I:**

**UNIT 230 ("UNIT") IN BUILDING 3 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 0001551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").**

**PARCEL II:**

**TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL III:**

**TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL IV:**

EXHIBIT A

**EXHIBIT A**

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

Subject to

1.   All general and special taxes for the current fiscal year.

2.   Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 12/14/05

**EXHIBIT A**

APN: 162-16-810-595

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br>vs.<br>AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | Case no.: 2:08-cv-01463-KJD-RJJ<br><br>LIS PENDENS |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a ) |
| 2 | Nevada corporation; MERIDIAN PRIVATE ) <br> RESIDENCES CH, LLC, a Michigan limited- ) <br> liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, ) |
| 4 | INC., a Nevada corporation; CONAM ) <br> MANAGEMENT CORPORATION, a ) |
| 5 | California Corporation; EXECUTIVE ) <br> LOCATIONS, LLC, a Nevada limited-liability ) |
| 6 | company; ERIC LYNN, an individual; FCC ) <br> MORTGAGE CORPORATION, a Nevada ) |
| 7 | Corporation;  MAC REALTY, INC., a Nevada ) <br> Corporation; MICHAEL MACKENZIE, an ) |
| 8 | individual; DALE CAMPBELL, an individual; ) |
| 9 | REBEKAH DESMET, an individual; RON ) <br> ALDINGER, an individual; NICK ) |
| 10 | GOULETAS, an individual; STEVEN ) <br> GOULETAS, an individual;  SCOTT ) |
| 11 | OEHLKE, an individual; NICK BAIRD, an ) |
| 12 | individual; SHAYNA GOLDSTEIN, an ) <br> individual; MICHAEL ZINK, an individual; ) |
| 13 | INVSCO GROUP, LTD., an Illinois ) <br> corporation;  GMAC MORTGAGE ) |
| 14 | CORPORATION, a Pennsylvania ) <br> Corporation; TAYLOR BEAN & ) |
| 15 | WHITAKER MORTGAGE CORPORATION, ) |
| 16 | a Florida corporation; COUNTRYWIDE ) <br> HOME LOANS, INC., a New York ) |
| 17 | corporation;  STEARNS LENDING, INC., a ) <br> California corporation; ALL WESTERN ) |
| 18 | MORTGAGE, INC., a Nevada corporation; ) <br> WELLS FARGO BANK, a National ) |
| 19 | Association; OAK STREET MORTGAGE, ) <br> LLC, a Delaware Limited Liability Company; ) |
| 20 | GREENPOINT MORTGAGE FUNDING, ) <br> INC. a New York corporation; SILVER ) |
| 21 | STATE MORTGAGE, a Nevada Limited ) |
| 22 | Liability Company; DRAPER & KRAMER ) <br> MORTGAGE CORPORATION; WMC ) |
| 23 | MORTGAGE CORPORATION, a California ) <br> corporation; RECONSTRUCT MORTGAGE ) |
| 24 | CO. NA; MORTGAGE ELECTRONIC ) |
| 25 | REGISTRATION SYSTEM (MERS); ) <br> REGIONS BANK; and US BANK CORP; ) |
| 26 | DOES 1-1000; and ROE ENTITIES 1-1000, ) <br> ) |
| 27 | Defendants. |
| 28 | |

2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 270 E. Flamingo Road, Unit 225, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-595

Assessors Description: Meridian at Hughes Center
Plat Book 49 Page 40
Unit 213 Bldg 5

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:    March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By: _____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3

**EXHIBIT A**

### Exhibit "A"

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

PARCEL I:

UNIT 213 ("UNIT") IN BUILDING 5 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION")

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

EXHIBIT A

APN: 162-16-810-160

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br>vs.<br>AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | Case no.: 2:08-cv-01463-KJD-RJJ<br><br>LIS PENDENS |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a ) |
| | Nevada corporation; MERIDIAN PRIVATE ) |
| 2 | RESIDENCES CH, LLC, a Michigan limited- ) |
| | liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, ) |
| | INC., a Nevada corporation; CONAM ) |
| 4 | MANAGEMENT CORPORATION, a ) |
| | California Corporation; EXECUTIVE ) |
| 5 | LOCATIONS, LLC, a Nevada limited-liability ) |
| | company; ERIC LYNN, an individual; FCC ) |
| 6 | MORTGAGE CORPORATION, a Nevada ) |
| 7 | Corporation;  MAC REALTY, INC., a Nevada ) |
| | Corporation; MICHAEL MACKENZIE, an ) |
| 8 | individual; DALE CAMPBELL, an individual; ) |
| | REBEKAH DESMET, an individual; RON ) |
| 9 | ALDINGER, an individual; NICK ) |
| 10 | GOULETAS, an individual; STEVEN ) |
| | GOULETAS, an individual;  SCOTT ) |
| 11 | OEHLKE, an individual; NICK BAIRD, an ) |
| | individual; SHAYNA GOLDSTEIN, an ) |
| 12 | individual; MICHAEL ZINK, an individual; ) |
| 13 | INVSCO GROUP, LTD., an Illinois ) |
| | corporation;  GMAC MORTGAGE ) |
| 14 | CORPORATION, a Pennsylvania ) |
| | Corporation; TAYLOR BEAN & ) |
| 15 | WHITAKER MORTGAGE CORPORATION, ) |
| | a Florida corporation; COUNTRYWIDE ) |
| 16 | HOME LOANS, INC., a New York ) |
| 17 | corporation;  STEARNS LENDING, INC., a ) |
| | California corporation; ALL WESTERN ) |
| 18 | MORTGAGE, INC., a Nevada corporation; ) |
| | WELLS FARGO BANK, a National ) |
| 19 | Association; OAK STREET MORTGAGE, ) |
| 20 | LLC, a Delaware Limited Liability Company; ) |
| | GREENPOINT MORTGAGE FUNDING, ) |
| 21 | INC. a New York corporation; SILVER ) |
| | STATE MORTGAGE, a Nevada Limited ) |
| 22 | Liability Company; DRAPER & KRAMER ) |
| | MORTGAGE CORPORATION; WMC ) |
| 23 | MORTGAGE CORPORATION, a California ) |
| 24 | corporation; RECONSTRUCT MORTGAGE ) |
| | CO. NA; MORTGAGE ELECTRONIC ) |
| 25 | REGISTRATION SYSTEM (MERS); ) |
| 26 | REGIONS BANK; and US BANK CORP; ) |
| | DOES 1-1000; and ROE ENTITIES 1-1000, ) |
| | ) |
| 27 | Defendants. |
| 28 | |

2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 220 E. Flamingo Road, Unit 115, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-160

Assessors Description:   Meridian at Hughes Center
                                       Plat Book 49 Page 40
                                       Unit 123 Bldg 2

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:   March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By:_____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3

**EXHIBIT A**



20050831-0002387

Fee: $17.00      RPTT: $2,611.20
XXC Fee: $0.00

08/31/2005          09:42:42
T20050159470

Requestor:
FIRST AMERICAN TITLE COMPANY OF NEVADA

Frances Deane                CRE
Clark County Recorder    Pgs: 4

A.P.N.:     162-16-810-160
File No:    101-2208838 (PK)

When Recorded Return To:
And Mail Tax Statements To: MARK L MEAD
1726 Bella Laguna
Encinitas, CA 92024

### GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION*, receipt of which is hereby acknowledged,

Koval Flamingo LLC, a Nevada Limited Liability Company

do(es) hereby *GRANT, BARGAIN and SELL* to

MARK L MEAD, a single man

the real property situate in the County of Clark, State of Nevada, described as follows:

**PARCEL I:**

**UNIT 123 ("UNIT") IN BUILDING 2 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").**

**PARCEL II:**

**TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL III:**

**TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL IV:**

**EXHIBIT A**

**EXHIBIT A**

**A.P.N. 162-16-810-160**          Grant, Bargain and Sale Deed -          File No.: 101-2208838 (PK)
                                                continued

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND
EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON
ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT
HUGHES CENTER DECLARATION**

Subject to:

1.      All general and special taxes for the current fiscal year.

2.      Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements
        now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and
water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents,
issues or profits thereof.

Date: 07/11/2005

**EXHIBIT A**

APN: 162-16-810-327

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada  89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br>vs.<br>AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | Case no.: 2:08-cv-01463-KJD-RJJ<br><br>LIS PENDENS |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a )<br>Nevada corporation; MERIDIAN PRIVATE )
| 2 | RESIDENCES CH, LLC, a Michigan limited- )<br>liability company; MERIDIAN )
| 3 | CONDOMINIUM RENTAL SERVICES, )<br>INC., a Nevada corporation; CONAM )
| 4 | MANAGEMENT CORPORATION, a )<br>California Corporation; EXECUTIVE )
| 5 | LOCATIONS, LLC, a Nevada limited-liability )<br>company; ERIC LYNN, an individual; FCC )
| 6 | MORTGAGE CORPORATION, a Nevada )
| 7 | Corporation;  MAC REALTY, INC., a Nevada )<br>Corporation; MICHAEL MACKENZIE, an )
| 8 | individual; DALE CAMPBELL, an individual; )<br>REBEKAH DESMET, an individual; RON )
| 9 | ALDINGER, an individual; NICK )
| 10 | GOULETAS, an individual; STEVEN )<br>GOULETAS, an individual;  SCOTT )
| 11 | OEHLKE, an individual; NICK BAIRD, an )<br>individual; SHAYNA GOLDSTEIN, an )
| 12 | individual; MICHAEL ZINK, an individual; )
| 13 | INVSCO GROUP, LTD., an Illinois )<br>corporation;  GMAC MORTGAGE )
| 14 | CORPORATION, a Pennsylvania )<br>Corporation; TAYLOR BEAN & )
| 15 | WHITAKER MORTGAGE CORPORATION, )<br>a Florida corporation; COUNTRYWIDE )
| 16 | HOME LOANS, INC., a New York )
| 17 | corporation;  STEARNS LENDING, INC., a )<br>California corporation; ALL WESTERN )
| 18 | MORTGAGE, INC., a Nevada corporation; )<br>WELLS FARGO BANK, a National )
| 19 | Association; OAK STREET MORTGAGE, )<br>LLC, a Delaware Limited Liability Company; )
| 20 | GREENPOINT MORTGAGE FUNDING, )
| 21 | INC. a New York corporation; SILVER )<br>STATE MORTGAGE, a Nevada Limited )
| 22 | Liability Company; DRAPER & KRAMER )<br>MORTGAGE CORPORATION; WMC )
| 23 | MORTGAGE CORPORATION, a California )<br>corporation; RECONSTRUCT MORTGAGE )
| 24 | CO. NA; MORTGAGE ELECTRONIC )
| 25 | REGISTRATION SYSTEM (MERS); )<br>REGIONS BANK; and US BANK CORP; )
| 26 | DOES 1-1000; and ROE ENTITIES 1-1000, )<br>                                          )
| 27 | Defendants.
| 28 | 2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 230 E. Flamingo Road, Unit 221, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-327

Assessors Description:  Meridian at Hughes Center
Plat Book 49 Page 40
Unit 217 Bldg 3

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:    March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By:_____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3

**EXHIBIT A**

### Exhibit "A"

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

PARCEL I:

UNIT 217 ("UNIT") IN BUIDLING 3 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION")

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

**EXHIBIT A**

APN: 162-16-810-572

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) | Case no.: 2:08-cv-01463-KJD-RJJ  LIS PENDENS |
| Plaintiffs, | ) | |
| vs. | ) | |
| AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | ) ) ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a Nevada corporation; MERIDIAN PRIVATE ) |
| 2 | RESIDENCES CH, LLC, a Michigan limited-liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, INC., a Nevada corporation; CONAM ) |
| 4 | MANAGEMENT CORPORATION, a California Corporation; EXECUTIVE ) |
| 5 | LOCATIONS, LLC, a Nevada limited-liability company; ERIC LYNN, an individual; FCC ) |
| 6 | MORTGAGE CORPORATION, a Nevada Corporation;  MAC REALTY, INC., a Nevada ) |
| 7 | Corporation; MICHAEL MACKENZIE, an individual; DALE CAMPBELL, an individual; ) |
| 8 | REBEKAH DESMET, an individual; RON ALDINGER, an individual; NICK ) |
| 9 | GOULETAS, an individual; STEVEN GOULETAS, an individual;  SCOTT ) |
| 10 | OEHLKE, an individual; NICK BAIRD, an individual; SHAYNA GOLDSTEIN, an ) |
| 11 | individual; MICHAEL ZINK, an individual; INVSCO GROUP, LTD., an Illinois ) |
| 12 | corporation;  GMAC MORTGAGE CORPORATION, a Pennsylvania ) |
| 13 | Corporation; TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION, ) |
| 14 | a Florida corporation; COUNTRYWIDE HOME LOANS, INC., a New York ) |
| 15 | corporation;  STEARNS LENDING, INC., a California corporation; ALL WESTERN ) |
| 16 | MORTGAGE, INC., a Nevada corporation; WELLS FARGO BANK, a National ) |
| 17 | Association; OAK STREET MORTGAGE, LLC, a Delaware Limited Liability Company; ) |
| 18 | GREENPOINT MORTGAGE FUNDING, INC. a New York corporation; SILVER ) |
| 19 | STATE MORTGAGE, a Nevada Limited Liability Company; DRAPER & KRAMER ) |
| 20 | MORTGAGE CORPORATION; WMC MORTGAGE CORPORATION, a California ) |
| 21 | corporation; RECONSTRUCT MORTGAGE CO. NA; MORTGAGE ELECTRONIC ) |
| 22 | REGISTRATION SYSTEM (MERS); REGIONS BANK; and US BANK CORP; ) |
| 23 | DOES 1-1000; and ROE ENTITIES 1-1000, ) |

```
1    AMERICAN INVSCO REALTY, INC., a          )
     Nevada corporation; MERIDIAN PRIVATE     )
2    RESIDENCES CH, LLC, a Michigan limited-  )
     liability company; MERIDIAN              )
3    CONDOMINIUM RENTAL SERVICES,             )
     INC., a Nevada corporation; CONAM        )
4    MANAGEMENT CORPORATION, a                 )
     California Corporation; EXECUTIVE         )
5    LOCATIONS, LLC, a Nevada limited-liability)
     company; ERIC LYNN, an individual; FCC   )
6    MORTGAGE CORPORATION, a Nevada           )
     Corporation;  MAC REALTY, INC., a Nevada )
7    Corporation; MICHAEL MACKENZIE, an       )
     individual; DALE CAMPBELL, an individual;)
8    REBEKAH DESMET, an individual; RON       )
     ALDINGER, an individual; NICK            )
9    GOULETAS, an individual; STEVEN          )
     GOULETAS, an individual;  SCOTT          )
10   OEHLKE, an individual; NICK BAIRD, an    )
     individual; SHAYNA GOLDSTEIN, an         )
11   individual; MICHAEL ZINK, an individual; )
     INVSCO GROUP, LTD., an Illinois          )
12   corporation;  GMAC MORTGAGE              )
     CORPORATION, a Pennsylvania              )
13   Corporation; TAYLOR BEAN &               )
     WHITAKER MORTGAGE CORPORATION,           )
14   a Florida corporation; COUNTRYWIDE       )
     HOME LOANS, INC., a New York             )
15   corporation;  STEARNS LENDING, INC., a   )
     California corporation; ALL WESTERN      )
16   MORTGAGE, INC., a Nevada corporation;    )
     WELLS FARGO BANK, a National             )
17   Association; OAK STREET MORTGAGE,        )
     LLC, a Delaware Limited Liability Company;)
18   GREENPOINT MORTGAGE FUNDING,             )
     INC. a New York corporation; SILVER      )
19   STATE MORTGAGE, a Nevada Limited         )
     Liability Company; DRAPER & KRAMER       )
20   MORTGAGE CORPORATION; WMC                )
     MORTGAGE CORPORATION, a California       )
21   corporation; RECONSTRUCT MORTGAGE        )
     CO. NA; MORTGAGE ELECTRONIC              )
22   REGISTRATION SYSTEM (MERS);              )
     REGIONS BANK; and US BANK CORP;          )
23   DOES 1-1000; and ROE ENTITIES 1-1000,    )
                                              )
24                    Defendants.
25
26
27
28
```

Defendants.

2

LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 270 E. Flamingo Road, Unit 111, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-572

Assessors Description: Meridian at Hughes Center
Plat Book 49 Page 40
Unit 127 Bldg 5

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:    March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By: _____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3



**Exhibit "A"**

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

PARCEL I:

UNIT 127 ("UNIT") IN BUIDLING 5 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 45 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATIONS).

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

**EXHIBIT A**

1    APN: 162-16-810-666

2

3

4    Recording requested by and mail to:
     MICHAEL R. MUSHKIN, ESQ.

5    4475 S. Pecos Road
     Las Vegas, Nevada 89121

6

7

8    LISP
     MICHAEL R. MUSHKIN, ESQ.

9    Nevada Bar no. 2421
     MICHAEL R. MUSHKIN & ASSOCIATES, P.C.

10    4475 S. Pecos Road
     Las Vegas, Nevada 89121

11    Telephone: (702) 386-3999
     Facsimile: (702) 454-3333

12
     Email: Michael@mushlaw.com

13    Attorneys for Plaintiffs

14                **UNITED STATES DISTRICT COURT**

15                    **DISTRICT OF NEVADA**

16    FRANK TADDEO; AMELIA TADDEO;      )    Case no.: 2:08-cv-01463-KJD-RJJ
     MARY HELDT; VICTOR HELDT; BRUCE    )

17    COUTURIER; ELEANOR COUTURIER;     )
     RAGHID B. KOSA; BASIL KOSA; NASIR    )

18    KOSA; MAHA KOSA; WISAM B. KOSA;    )    **LIS PENDENS**
     RAAD KOSA; SAIID MATTI; SHAHIN      )

19    EDALATDJU; SNAP PROPERTIES, LLC;    )

20    AND ALL OTHERS SIMILARLY           )
     SITUATED,                     )

21                                )

22               Plaintiffs,          )
     vs.                                )

23    AMERICAN INVSCO CORPORATION, a     )
     Delaware Corporation; KOVAL FLAMINGO, )

24    LLC, a Nevada limited-liability company;    )
     SEG NEVADA CONSULTANTS, INC., a     )

25    Nevada corporation; SEG NEVADA       )
     MEMBERS, LLC, a Nevada limited-liability   )

26    company; CONDOMINIUM RENTAL      )
     SERVICES, INC., an Illinois corporation;    )

27

28

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a Nevada corporation; MERIDIAN PRIVATE ) |
| 2 | RESIDENCES CH, LLC, a Michigan limited-liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, INC., a Nevada corporation; CONAM ) |
| 4 | MANAGEMENT CORPORATION, a California Corporation; EXECUTIVE ) |
| 5 | LOCATIONS, LLC, a Nevada limited-liability company; ERIC LYNN, an individual; FCC ) |
| 6 | MORTGAGE CORPORATION, a Nevada Corporation;  MAC REALTY, INC., a Nevada ) |
| 7 | Corporation; MICHAEL MACKENZIE, an individual; DALE CAMPBELL, an individual; ) |
| 8 | REBEKAH DESMET, an individual; RON ALDINGER, an individual; NICK ) |
| 9 | GOULETAS, an individual; STEVEN GOULETAS, an individual;  SCOTT ) |
| 10 | OEHLKE, an individual; NICK BAIRD, an individual; SHAYNA GOLDSTEIN, an ) |
| 11 | individual; MICHAEL ZINK, an individual; INVSCO GROUP, LTD., an Illinois ) |
| 12 | corporation;  GMAC MORTGAGE CORPORATION, a Pennsylvania ) |
| 13 | Corporation; TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION, ) |

AMERICAN INVSCO REALTY, INC., a
Nevada corporation; MERIDIAN PRIVATE
RESIDENCES CH, LLC, a Michigan limited-
liability company; MERIDIAN
CONDOMINIUM RENTAL SERVICES,
INC., a Nevada corporation; CONAM
MANAGEMENT CORPORATION, a
California Corporation; EXECUTIVE
LOCATIONS, LLC, a Nevada limited-liability
company; ERIC LYNN, an individual; FCC
MORTGAGE CORPORATION, a Nevada
Corporation;  MAC REALTY, INC., a Nevada
Corporation; MICHAEL MACKENZIE, an
individual; DALE CAMPBELL, an individual;
REBEKAH DESMET, an individual; RON
ALDINGER, an individual; NICK
GOULETAS, an individual; STEVEN
GOULETAS, an individual;  SCOTT
OEHLKE, an individual; NICK BAIRD, an
individual; SHAYNA GOLDSTEIN, an
individual; MICHAEL ZINK, an individual;
INVSCO GROUP, LTD., an Illinois
corporation;  GMAC MORTGAGE
CORPORATION, a Pennsylvania
Corporation; TAYLOR BEAN &
WHITAKER MORTGAGE CORPORATION,
a Florida corporation; COUNTRYWIDE
HOME LOANS, INC., a New York
corporation;  STEARNS LENDING, INC., a
California corporation; ALL WESTERN
MORTGAGE, INC., a Nevada corporation;
WELLS FARGO BANK, a National
Association; OAK STREET MORTGAGE,
LLC, a Delaware Limited Liability Company;
GREENPOINT MORTGAGE FUNDING,
INC. a New York corporation; SILVER
STATE MORTGAGE, a Nevada Limited
Liability Company; DRAPER & KRAMER
MORTGAGE CORPORATION; WMC
MORTGAGE CORPORATION, a California
corporation; RECONSTRUCT MORTGAGE
CO. NA; MORTGAGE ELECTRONIC
REGISTRATION SYSTEM (MERS);
REGIONS BANK; and US BANK CORP;
DOES 1-1000; and ROE ENTITIES 1-1000,

Defendants.

2

1

## LIS PENDENS

2

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in

3

this Court upon the Complaint of the above-named Plaintiffs, against the above-named

4

Defendants, regarding real property situated in Clark County, Nevada.

5

Said real property affected thereby is commonly known as Meridian Private Residences,

6

270 E. Flamingo Road, Unit 422, Las Vegas, Clark County, Nevada:

7

8

Assessors Parcel Number: 162-16-810-666

9

Assessors Description:  Meridian at Hughes Center
                        Plat Book 49 Page 40

10

Unit 416 Bldg 5

11

And more particularly described on Exhibit A attached hereto and made a part hereof.

12

Dated:    March 7, 2009.

13

14

MICHAEL R. MUSHKIN & ASSOCIATES

15

16

By:_____
           MICHAEL R. MUSHKIN, ESQ.

17

Nevada State Bar #2421
4475 S. Pecos Road

18

Las Vegas, Nevada 89121
Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT A

20051109-0001568

Fee: $17.00      RPTT: $2,126.70
N/C Fee:  $0.00

11/09/2005              10:11:34
T20050204554

Requestor:
FIRST AMERICAN TITLE COMPANY OF NEVADA

Frances Deane              SOL
Clark County Recorder      Pgs: 4

A.P.N.:    162-16-810-666
File No:   101-2197180 (PK)

RPTT $ ~~2,126.70~~ $ 2126.70 (4)

When Recorded Return To:
And Mail Tax Statements To:Richard F. McCartney
101 Kathryn Drive
Pleasant Hill, Ca 94523

### GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION*, receipt of which is hereby acknowledged,

Koval Flamingo LLC, a Nevada Limited Liability Company

do(es) hereby *GRANT, BARGAIN and SELL* to

Richard F. McCartney, an unmarried man

the real property situate in the County of Clark, State of Nevada, described as follows:

**PARCEL I:**

**UNIT 416 ("UNIT") IN BUILDING 5 ("BUILDING")AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").**

**PARCEL II:**

**TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL III:**

**TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL IV:**

EXHIBIT A

**A.P.N. 162-16-810-666**          Grant, Bargain and Sale Deed -          File No.: 101-2197180 (PK)
                                              continued

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND
EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON
ELEMENTS, AS SET FORTH IN, AND SUBJECT TO THE PLAT AND THE MERIDIAN AT
HUGHES CENTER DECLARATION**

Subject to:

1.     All general and special taxes for the current fiscal year.

2.     Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements
       now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and
water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents,
issues or profits thereof.

Date: 11/02/2005

**EXHIBIT A**

APN: 162-16-810-672

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　Plaintiffs,<br>vs.<br>AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | Case no.: 2:08-cv-01463-KJD-RJJ<br><br>LIS PENDENS |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMERICAN INVSCO REALTY, INC., a
Nevada corporation; MERIDIAN PRIVATE
RESIDENCES CH, LLC, a Michigan limited-
liability company; MERIDIAN
CONDOMINIUM RENTAL SERVICES,
INC., a Nevada corporation; CONAM
MANAGEMENT CORPORATION, a
California Corporation; EXECUTIVE
LOCATIONS, LLC, a Nevada limited-liability
company; ERIC LYNN, an individual; FCC
MORTGAGE CORPORATION, a Nevada
Corporation;  MAC REALTY, INC., a Nevada
Corporation; MICHAEL MACKENZIE, an
individual; DALE CAMPBELL, an individual;
REBEKAH DESMET, an individual; RON
ALDINGER, an individual; NICK
GOULETAS, an individual; STEVEN
GOULETAS, an individual;  SCOTT
OEHLKE, an individual; NICK BAIRD, an
individual; SHAYNA GOLDSTEIN, an
individual; MICHAEL ZINK, an individual;
INVSCO GROUP, LTD., an Illinois
corporation;  GMAC MORTGAGE
CORPORATION, a Pennsylvania
Corporation; TAYLOR BEAN &
WHITAKER MORTGAGE CORPORATION,
a Florida corporation; COUNTRYWIDE
HOME LOANS, INC., a New York
corporation;  STEARNS LENDING, INC., a
California corporation; ALL WESTERN
MORTGAGE, INC., a Nevada corporation;
WELLS FARGO BANK, a National
Association; OAK STREET MORTGAGE,
LLC, a Delaware Limited Liability Company;
GREENPOINT MORTGAGE FUNDING,
INC. a New York corporation; SILVER
STATE MORTGAGE, a Nevada Limited
Liability Company; DRAPER & KRAMER
MORTGAGE CORPORATION; WMC
MORTGAGE CORPORATION, a California
corporation; RECONSTRUCT MORTGAGE
CO. NA; MORTGAGE ELECTRONIC
REGISTRATION SYSTEM (MERS);
REGIONS BANK; and US BANK CORP;
DOES 1-1000; and ROE ENTITIES 1-1000,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 270 E. Flamingo Road, Unit 416, Las Vegas, Clark County, Nevada:

Assessors Parcel Number: 162-16-810-672

Assessors Description: Meridian at Hughes Center
Plat Book 49 Page 40
Unit 422 Bldg 5

And more particularly described on Exhibit A attached hereto and made a part hereof.

Dated:   March 7, 2009.

MICHAEL R. MUSHKIN & ASSOCIATES

By: _____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiffs

3



## EXHIBIT "A"

### LEGAL DESCRIPTION

**PARCEL I:**

Unit 422 ("Unit") in Building 5 (Building") as shown on the Final Plat of the Meridian at Hughes Center, filed in Book 49 of Plats, Page 40, in the Official Records of the County Recorder, Clark County, Nevada ("Plat"), and as defined and set forth in and subject to that certain Declaration of Covenants, Conditions and Restrictions for the Meridian at Hughes Center, Recorded June 1, 2005 as Instrument No. 01551 in Book 20050601, Official Records, Clark County, Nevada ("The Meridian at Hughes Center Declaration").

**PARCEL II:**

Together with an undivided allocated fractional interest in and to the general common elements, as set forth in, and subject to, the plat and the Meridian at Hughes Center Declaration.

**PARCEL III:**

Together with an exclusive interest in and to those limited common elements, if any, appurtenant to the Unit, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration.

**PARCEL IV:**

Together with a non-exclusive easement of reasonable ingress to and egress from the Unit and of enjoyment of the general common elements, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration.

APN: 162-16-810-502

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada 89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333

Email: Michael@mushlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK TADDEO; AMELIA TADDEO; MARY HELDT; VICTOR HELDT; BRUCE COUTURIER; ELEANOR COUTURIER; RAGHID B. KOSA; BASIL KOSA; NASIR KOSA; MAHA KOSA; WISAM B. KOSA; RAAD KOSA; SAIID MATTI; SHAHIN EDALATDJU; SNAP PROPERTIES, LLC; AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) | Case no.: 2:08-cv-01463-KJD-RJJ    LIS PENDENS |
| Plaintiffs, | ) ) | |
| vs. | ) | |
| AMERICAN INVSCO CORPORATION, a Delaware Corporation; KOVAL FLAMINGO, LLC, a Nevada limited-liability company; SEG NEVADA CONSULTANTS, INC., a Nevada corporation; SEG NEVADA MEMBERS, LLC, a Nevada limited-liability company; CONDOMINIUM RENTAL SERVICES, INC., an Illinois corporation; | ) ) ) ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| 1 | AMERICAN INVSCO REALTY, INC., a ) |
| | Nevada corporation; MERIDIAN PRIVATE ) |
| 2 | RESIDENCES CH, LLC, a Michigan limited- ) |
| | liability company; MERIDIAN ) |
| 3 | CONDOMINIUM RENTAL SERVICES, ) |
| | INC., a Nevada corporation; CONAM ) |
| 4 | MANAGEMENT CORPORATION, a ) |
| | California Corporation; EXECUTIVE ) |
| 5 | LOCATIONS, LLC, a Nevada limited-liability ) |
| | company; ERIC LYNN, an individual; FCC ) |
| 6 | MORTGAGE CORPORATION, a Nevada ) |
| 7 | Corporation;  MAC REALTY, INC., a Nevada ) |
| | Corporation; MICHAEL MACKENZIE, an ) |
| 8 | individual; DALE CAMPBELL, an individual; ) |
| | REBEKAH DESMET, an individual; RON ) |
| 9 | ALDINGER, an individual; NICK ) |
| 10 | GOULETAS, an individual; STEVEN ) |
| | GOULETAS, an individual;  SCOTT ) |
| 11 | OEHLKE, an individual; NICK BAIRD, an ) |
| | individual; SHAYNA GOLDSTEIN, an ) |
| 12 | individual; MICHAEL ZINK, an individual; ) |
| 13 | INVSCO GROUP, LTD., an Illinois ) |
| | corporation;  GMAC MORTGAGE ) |
| 14 | CORPORATION, a Pennsylvania ) |
| | Corporation; TAYLOR BEAN & ) |
| 15 | WHITAKER MORTGAGE CORPORATION, ) |
| 16 | a Florida corporation; COUNTRYWIDE ) |
| | HOME LOANS, INC., a New York ) |
| 17 | corporation;  STEARNS LENDING, INC., a ) |
| | California corporation; ALL WESTERN ) |
| 18 | MORTGAGE, INC., a Nevada corporation; ) |
| | WELLS FARGO BANK, a National ) |
| 19 | Association; OAK STREET MORTGAGE, ) |
| 20 | LLC, a Delaware Limited Liability Company; ) |
| | GREENPOINT MORTGAGE FUNDING, ) |
| 21 | INC. a New York corporation; SILVER ) |
| | STATE MORTGAGE, a Nevada Limited ) |
| 22 | Liability Company; DRAPER & KRAMER ) |
| | MORTGAGE CORPORATION; WMC ) |
| 23 | MORTGAGE CORPORATION, a California ) |
| 24 | corporation; RECONSTRUCT MORTGAGE ) |
| | CO. NA; MORTGAGE ELECTRONIC ) |
| 25 | REGISTRATION SYSTEM (MERS); ) |
| | REGIONS BANK; and US BANK CORP; ) |
| 26 | DOES 1-1000; and ROE ENTITIES 1-1000, ) |
| | ) |
| 27 | Defendants. |
| 28 | |

2

1

## LIS PENDENS

2

    NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in

3

this Court upon the Complaint of the above-named Plaintiffs, against the above-named

4

Defendants, regarding real property situated in Clark County, Nevada.

5

    Said real property affected thereby is commonly known as Meridian Private Residences,

6

260 E. Flamingo Road, Unit 319, Las Vegas, Clark County, Nevada:

7

    Assessors Parcel Number: 162-16-810-502

8

9

    Assessors Description:  Meridian at Hughes Center
                         Plat Book 49 Page 40

10

                         Unit 319 Bldg 4

11

And more particularly described on Exhibit A attached hereto and made a part hereof.

12

Dated:    March 7, 2009.

13

14

                MICHAEL R. MUSHKIN & ASSOCIATES

15

16

By:_____

           MICHAEL R. MUSHKIN, ESQ.

17

           Nevada State Bar #2421
           4475 S. Pecos Road

18

           Las Vegas, Nevada 89121
           Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

20060302-0001153

Fee: $16.00          RPTT: $2,465.85

N/C Fee: $0.00

03/02/2006          10:00:25
120060037611

Requestor:
FIRST AMERICAN TITLE COMPANY OF NEVAD

Frances Deane          SUO
Clark County Recorder   Pgs: 4

A.P.N.:   162-16-810-502
File No:   101-2257322 (PK)

When Recorded Return To:
And Mail Tax Statements To: Aurelio G. Saladino and Mary B. Saladino
610 E. Horseshoe Ave.
Gilbert, AZ 85296

## GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION,* receipt of which is hereby acknowledged,

Koval Flamingo LLC, a Nevada Limited Liability Company

do(es) hereby *GRANT, BARGAIN and SELL* to

Aurelio G. Saladino and Mary B. Saladino, husband and wife as joint tenants

the real property situate in the County of Clark, State of Nevada, described as follows:

**PARCEL I:**

**UNIT 319 ("UNIT") IN BUILDING 4 ("BUILDING")AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").**

**PARCEL II:**

**TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL III:**

**TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.**

**PARCEL IV:**

EXHIBIT A

**EXHIBIT A**

**A.P.N. 162-16-810-502**          Grant, Bargain and Sale Deed -          File No.: 101-2257322 (PK)
                                              continued

**TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND
EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON
ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT
HUGHES CENTER DECLARATION**

Subject to:

1.    All general and special taxes for the current fiscal year.

2.    Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements
      now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and
water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents,
issues or profits thereof.

Date: 02/21/06

**EXHIBIT A**