APN: 162-16-810-476

Recording requested by and mail to:
MICHAEL R. MUSHKIN, ESQ.
4475 S. Pecos Road
Las Vegas, Nevada  89121

LISP
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar no. 2421
MICHAEL R. MUSHKIN & ASSOCIATES, P.C.
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333
Email: Michael@mushlaw.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRANK TADDEO, et al., | ) | Case no.: 2:08-cv-01463-KJD-RJJ |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | LIS PENDENS |
| AMERICAN INVSCO CORPORATION, a | ) | |
| Delaware Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**L I S   P E N D E N S**

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court upon the Complaint of the above-named Plaintiffs, against the above-named Defendants, regarding real property situated in Clark County, Nevada.

Said real property affected thereby is commonly known as Meridian Private Residences, 260 E. Flamingo Road, Unit 208, Las Vegas, Clark County, Nevada, and more particularly

1

described as:

    Assessors Parcel Number: 162-16-810-476
    Assessors Description:  Meridian at Hughes Center
                                  Plat Book 49 Page 40
                                  Unit 230 Bldg 4
                                  SEC 16 TWP 21 RNG 61

Dated:   March 19, 2010            .

                                MICHAEL R. MUSHKIN & ASSOCIATES


                              By: /s/ Michael R. Mushkin
                                  MICHAEL R. MUSHKIN, ESQ.
                                  Nevada State Bar #2421
                                  4475 S. Pecos Road
                                  Las Vegas, Nevada 89121
                                  Attorneys for Plaintiffs