**MICHAEL R. MUSHKIN & ASSOCIATES**
Michael R. Mushkin, Esq. #2421
Steven M. Shinn, Esq. #6822
4475 S. Pecos Road
Las Vegas, Nevada 89121
Tel. No. (702) 386-3999
Fax. No. (702) 454-3333
Email: michael@mushlaw.com; steven@mushlaw.com
*Attorneys for Plaintiff*

WILLIAM H. GAMAGE, Esq.
Nevada Bar No. 9024
AMY M. GAMAGE, Esq.
Nevada Bar No. 9304
GAMAGE & GAMAGE
231 South Third Street, Suite 285
Las Vegas, Nevada 89101
(702) 386-9529
(702) 382-9529
wgamage@gamagelaw.com
agamage@gamagelaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; etal. | Case no.: 2:08-cv-01463-KJD-RJJ |
| Plaintiffs, | |
| vs. | |
| AMERICAN INVSCO CORPORATION, a Delaware corporation, etal. | **TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

Upon consideration of the Emergency Motion for Temporary Restraining Order (the "Motion") filed by Plaintiffs, it appearing from the record before the Court, including the Complaint, that immediate and irreparable injury, loss, and damage will result to Plaintiffs, among other things because of the imminent Trustee Sale of the subject Property more fully described as:

**270 E. Flamingo Road, Unit 315, Las Vegas, Nevada (APN 162-16-810-642)**

1

Parcel I

Unit 323 in Building 5 as shown on the final plat of the Meridian at Hughes Center, filed in Book 49 of Plats, Page 40, in the official records of the County Recorder, Clark County, Nevada, and as defined and set forth in and subject to that certain declaration of Covenenants, Conditionas, Restrictions for the Meridian at Hughes Center, recorded June 1, 2005 as Instrument No. 01551 in Book 20050601, Official records, Clark County, Nevada.

Parcel II:

Together with an undivided allocated fractional interest in and to the general common elements, as set forth in, and subject to, the Plat and the Neridian at Hughes Center Declaration.

Parcel III:

Together with an exclusive interest in and to those limited common elements, if any, appurtenant to the unit, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration

Parcel IV:

Together with a non-exclusive easement of reasonable ingress to and egress from the unit, and of enjoyment of the general common elements, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration.

(Hereinafter "Property") This Court therefore finding the Motion should be granted and that Defendants in this action, Taylor Bean & Whitaker along with their officers, directors, agents, servants, employees, contractors, attorneys, successors, assigns, other professionals, and all other persons in active concert or participation with them should be bound hereby and good cause appearing before the United States District Court for the District of Nevada,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendants should be, and they hereby are, enjoined from selling, transferring, liquidated, removing, disposing of or otherwise conducting a non-judicial trustee sale of the Property.

**ORDERED**, that this Temporary Restraining Order is applicable and binding upon the Defendants, their officers, directors, agents, servants, employees, contractors, attorneys, other professionals, and all other persons in active concert or participation with them; and it is further,

1  **ORDERED**, that a hearing is set on Plaintiffs' motion for a preliminary injunction on

2  August 25 , 2010, at 9:00 a.m.; and it is further,

3  **ORDERED**, that this Temporary Restraining Order and its injunction and provisions shall

4  be effective as of 10:00 am. on August 11, 2010; and it is further,

5  **ORDERED**, that this Temporary Restraining Order shall expire 14 days after the date

6  specified in the previous paragraph at the hour and minutes specified in the previous paragraph,

7  unless within that time the expiration date is extended for a like period, which period and all other

8  extension periods may similarly be extended, or the Defendants consent to a longer extension

9  period; and it is further,

10

11

12

13  **ORDERED**, that FRANK TADDEO and AMELIA TADDEO shall post a bond in the

14  amount of $500 in support of the Temporary Restraining Order.

15

16  _____
U.S. DISTRICT COURT JUDGE

17

18  Respectfully Submitted by:

19  GAMAGE & GAMAGE

20

21  /s/ William Gamage
_____

22  WILLIAM H. GAMAGE, Esq.
Nevada Bar No. 9024

23  AMY M. GAMAGE, Esq.
Nevada Bar No. 9304

24  GAMAGE & GAMAGE
231 South Third Street, Suite 285

25  Las Vegas, Nevada 89101
Phone - (702) 386-9529

26  Facsimile - (702) 382-9529

27

28

3