UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANK TADDEO; *et al.*,

    Plaintiff,

vs.

AMERICAN INVSCO CORPORATION, etc., *et al.*,

    Defendant,

2:08-cv-1463-KJD-RJJ

O R D E R

This matter is before the Court on Plaintiffs' Emergency Motion for Permission to Send Interrogatories and Request for Production of Documents With Limited Time For Response (#668).

The Court having reviewed the Motion (#668) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion for Permission to Send Interrogatories and Request for Production of Documents With Limited Time For Response (#668) is **GRANTED**.

DATED this  18th  day of August, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge