**MICHAEL R. MUSHKIN & ASSOCIATES**
Michael R. Mushkin, Esq.  #2421
Steven M. Shinn, Esq.  #6822
4475 S. Pecos Road
Las Vegas, Nevada  89121
Tel. No. (702) 386-3999
Fax. No. (702) 454-3333
Email:  michael@mushlaw.com; steven@mushlaw.com
*Attorneys for Plaintiff*

WILLIAM H.  GAMAGE, Esq.
Nevada Bar No. 9024
AMY M. GAMAGE, Esq.
Nevada Bar No. 9304
GAMAGE & GAMAGE
231 South Third Street, Suite 285
Las Vegas, Nevada 89101
(702) 386-9529
(702) 382-9529
wgamage@gamagelaw.com
agamage@gamagelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; etal. | Case no.: 2:08-cv-01463-KJD-RJJ |
| Plaintiffs, | |
| vs. | |
| AMERICAN INVSCO CORPORATION, a Delaware corporation, etal. | **TEMPORARY RESTRAINING ORDER** (EXTENDED BY ORDER OF THE COURT) |
| Defendants. | |

Upon consideration of the Emergency Motion for Temporary Restraining Order (the "Motion") filed by Plaintiffs, it appearing from the record before the Court, including the Complaint, that immediate and irreparable injury, loss, and damage will result to Plaintiffs, among other things because of the imminent Trustee Sale of the subject Property more fully described as:

1

**270 E. Flamingo Road, Unit 315, Las Vegas, Nevada (APN 162-16-810-642)**

Parcel I

Unit 323 in Building 5 as shown on the final plat of the Meridian at Hughes Center, filed in Book 49 of Plats, Page 40, in the official records of the County Recorder, Clark County, Nevada, and as defined and set forth in and subject to that certain declaration of Covenenants, Conditionas, Restrictions for the Meridian at Hughes Center, recorded June 1, 2005 as Instrument No. 01551 in Book 20050601, Official records, Clark County, Nevada.

Parcel II:

Together with an undivided allocated fractional interest in and to the general common elements, as set forth in, and subject to, the Plat and the Neridian at Hughes Center Declaration.

Parcel III:

Together with an exclusive interest in and to those limited common elements, if any, appurtenant to the unit, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration

Parcel IV:

Together with a non-exclusive easement of reasonable ingress to and egress from the unit, and of enjoyment of the general common elements, as set forth in, and subject to, the Plat and the Meridian at Hughes Center Declaration.

(Hereinafter "Property"), this Court granted the Temporary Restraining Order on or about August 12, 2010 which was set to expire on August 25, 2010 at the hearing on the Request for a Preliminary Injunction.

Based upon the briefs before the Court, oral argument by counsel, and its desire to reset the hearing on the Preliminary Injunction to September 8, 2010 at 9:30 AM,

**IT IS HEREBY ORDERED; ADJUDGED AND DECREED** the Temporary Restraining Order is hereby extended and is now set to expire on September 8, 2010 at the conclusion of the hearing on the Preliminary Injunction. Accordingly, all Defendants in this action, Taylor Bean & Whitaker along with their officers, directors, agents, servants, employees, contractors, attorneys, successors, assigns, other professionals, and all other persons in active

concert or participation with them should be bound hereby and good cause appearing before the United States District Court for the District of Nevada,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendants should be, and they hereby are, enjoined from selling, transferring, liquidated, removing, disposing of or otherwise conducting a non-judicial trustee sale of the Property.

**ORDERED**, that this Temporary Restraining Order is applicable and binding upon all Defendants in the above title case, their officers, directors, agents, servants, employees, contractors, attorneys, other professionals, and all other persons in active concert or participation with them; and it is further,

**ORDERED**, that a hearing is set on Plaintiffs' motion for a preliminary injunction on September 8, 2010, at 9:30 AM; and it is further,

**ORDERED**, that this Temporary Restraining Order and its injunction and provisions shall be effective as of August 25, 2010 at 9:00AM; and it is further,

**ORDERED,** that the injunctions arising from and provisions in this Order shall be fully effective as of the time stated herein as Plaintiffs have previously posted a $500.00 bond in support of this Temporary Restraining Order.

DATED:   8/26/2010

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

GAMAGE & GAMAGE

/s/ William Gamage

WILLIAM H. GAMAGE, Esq.
Nevada Bar No. 9024
AMY M. GAMAGE, Esq.
Nevada Bar No. 9304
GAMAGE & GAMAGE
231 South Third Street, Suite 285
Las Vegas, Nevada 89101
Phone - (702) 386-9529
Facsimile - (702) 382-9529