JOHN M. NETZORG, ESQ.
State Bar No. 1335
2810 W. Charleston Boulevard
Suite H-81
Las Vegas, Nevada 89102
Telephone: 702-878-3400
Facsimile: 702-878-1255
Email: john@netzorglaw.com
Attorney for Defendant
COLONIAL SAVINGS, F.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; et al, ) | |
| ) | Case No. :2:08-cv-01463-KJD-RJJ |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN INVSCO CORPORATION, a ) | |
| Delaware corporation, et al ) | |
| ) | |
| Defendants ) | |

## MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER

Date of Hearing: n/a
Time of Hearing: n/a

1

COMES NOW, John M. Netzorg, Esq. and files his Motion for Removal from the CM/ECF System Service List in the above-entitled matter.

The basis of this Motion is that Defendant, Colonial Savings, F.A., has been dismissed from the action pursuant to this Court's Order [#693] entered on September 20, 2010.

Dated this 17th day of December 2010.

                                                        JOHN M. NETZORG, ESQ.
State Bar No. 1335
2810 W. Charleston Blvd., #H-81
Las Vegas, NV 89102
Attorney for COLONIAL SAVINGS, F.A.

## ORDER

**IT IS SO ORDERED.**

                                                        Robert J. Johnston
U.S. DISTRICT COURT JUDGE

Date  Dec. 23, 2010