MORRIS PETERSON
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Akke Levin, Bar No. 9102
Email: al@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

Attorneys for Defendant
U.S. Bank National Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO CORPORATION, a Delaware corporation, et al.,<br><br>        Defendants. | CASE NO:  2:08-cv-01463-KJD-RJJ<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER** |

      COMES NOW Steve Morris and Akke Levin, counsel for Defendant U.S. Bank National Association, and file their Motion for Removal from the CM/ECF System Service List in the above-entitled matter.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

The basis of this Motion is that Defendant U.S. Bank National Association has been dismissed from the action pursuant to this Court's Order (#693) entered on September 20, 2010.

MORRIS PETERSON

By: _____
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
U.S. Bank National Association

**ORDER**

IT IS SO ORDERED.

DATED: January 10, 2010

_____
United States [District] [Magistrate] Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Page 2 of 6