Michael R. Brooks, Esq.
Nevada Bar No. 7287
Macaire K. Moran, Esq.
Nevada Bar No. 10688
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Non-Party Lien holders
American Home Mortgage Services, Inc.
and U.S. Bank, as Trustee for TBW Mortgage-Backed
Trust 2006-6, Mortgage-Backed Pass-Through Certificates,
Series 2006-6*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; et al, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN INVSCO CORPORATION, a Delaware corporation; et al, <br><br> Defendants. | Case No.: 2:08-CV-01463-KJD-RJJ <br><br> **MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW, Michael R. Brooks, Esq. and Macaire K. Moran, Esq., attorneys for Non-Party Lien holders American Home Mortgage Services, Inc. and U.S. Bank, as Trustee for TBW Mortgage Backed Trust 2006-6, Mortgage-Backed Pass-Through Certificates, Series 2006-6 (hereinafter collectively referred to as "Non-Party Lien holders"), and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

///

///

///

///

The basis of this Motion is that Non-Party Lien holders are not parties to this action and, pursuant to this Court's Minute Order entered September 8, 2010 [#688], this Court does not have jurisdiction over the Non-Party Lien holders.

Dated this 29 day of December, 2010.

_____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Macaire K. Moran, Esq.
Nevada Bar No. 10688
BROOKS BAUER LLP
300 South Fourth Street, Suite 815
Las Vegas, Nevada 89101
Phone (702) 851-1191
Fax (702) 851-1198
mbrooks@brooksbauer.com
mmoran@brooksbauer.com
*Attorneys for Non-Party Lien holders American Home Mortgage Servicing, Inc. and U.S. Bank, as Trustee for TBW Mortgage-Backed Trust 2006-6, Mortgage-Backed Pass-Through Certificates, Series 2006-6*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** January 10, 2011

_____
United States Magistrate Judge