MARC S. CWIK
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cwik@lbbslaw.com
E-Mail: apernsteiner@lbbslaw.com
Attorneys for Defendant CITIBANK, N.A.

DANIEL G. BATH
California Bar No. 119514
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street
Los Angeles, CA 90012
TEL: (213) 680-5176
FAX: (213) 250-7900
E-Mail: bath@lbbslaw.com
Attorney for Defendant CITIBANK, N.A.
PRO HAC VICE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO CORPORATION, a Delaware corporation, et al<br><br>Defendants. | CASE NO.   2:08-cv-01463-KDJ-RJJ<br><br>MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER |

COME NOW, Marc S. Cwik, Esq., Adam J. Pernsteiner, Esq. and Daniel G. Bath, Esq., counsel of record for Defendant CITIBANK, N.A., and file their Motion for Removal from the CM/ECF System Service List in the above-entitled matter.

4815-6038-7336.1

The basis of this motion is that Defendant Citibank, N.A. has been dismissed from the action pursuant to this Court's Order (#693) entered on September 20, 2010.

DATED this 30th day of December, 2010.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Marc S. Cwik
Marc S. Cwik, Esq.
Nevada Bar No. 006946
Adam J. Pernsteiner, Esq.
Nevada Bar No. 007862
6385 S. Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
*Attorney for CITIMORTGAGE, INC.*

ORDER

IT IS SO ORDERED.

~~DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Date: January 10, 2011

4815-6038-7336.1

2