**Shann D. Winesett, Esq.**
Nevada Bar No. 005551
PECOS LAW GROUP
8925 South Pecos Road, Suite 14A
Las Vegas, Nevada 89074
Tel: (702) 388-1851
Fax: (702) 388-7406
Email: Pecoslawgroup@aol.com
Attorney for Defendant
All Western Mortgage, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **FRANK TADDEO, ET AL,**<br><br>Plaintiffs,<br>vs.<br><br>**AMERICAN INVSCO CORPORATION, ET AL,**<br><br>Defendants. | Case No.  **2:08-cv-01463-KJD-RJJ**<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

**COMES NOW** Defendant, **All Western Mortgage, Inc.**, by and through its attorney, **Shann D. Winesett, Esq.**, of the PECOS LAW GROUP and hereby files this Motion for Removal from the CM/ECF System List in the above entitled matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

The basis of this Motion is that Defendant All Western Mortgage, Inc., has been dismissed from this action pursuant to this Court's Order (#693) entered on September 20, 2010.

**RESPECTFULLY** submitted this 19TH day of January, 2011.

PECOS LAW GROUP

_____
Shann D. Winesett, Esq.
Nevada Bar No. 005551
PECOS LAW GROUP
8925 South Pecos Road, Suite 14A
Las Vegas, Nevada 89074
(702) 388-1851
Attorney for Defendant
All Western Mortgage, Inc.

**ORDER**

**IT IS SO ORDERED.**

**DATED** this 28th day of February, 2011.

_____
United States [District][Magistrate] Judge