# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, *et al.*, | |
| Plaintiffs, | Case No. 2:08-CV-01463-KJD-RJJ |
| v. | **ORDER** |
| AMERICAN INVSCO CORPORATION, *et al.*, | |
| Defendants. | |

Before the Court is the Motion to Dismiss of Defendant Aurora Loan Services LLL's Motion to Dismiss (#700). Defendant Aurora Loan Services seeks dismissal of Plaintiffs' Second Amended Complaint. Because Plaintiffs have filed a Third Amended Complaint (#701) and because Defendant Aurora Loan Services was terminated from this action, this motion is moot.

Accordingly, **IT IS HEREBY ORDERED THAT** Aurora Loan Services LLL's Motion to Dismiss (#700) is **DENIED** as moot.

DATED this 6th day of September 2011.

_____
Kent J. Dawson
United States District Judge