# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK TADDEO, *et al.*,

    Plaintiffs,

v.

AMERICAN INVSCO CORPORATION, *et al*.,

    Defendants.

Case No. 2:08-CV-01463-KJD-RJJ

**ORDER**

    Before the Court is the Motion to Dismiss of Defendant Aurora Loan Services LLL's Motion to Dismiss (#700). Defendant Aurora Loan Services seeks dismissal of Plaintiffs' Second Amended Complaint. Because Plaintiffs have filed a Third Amended Complaint (#701) and because Defendant Aurora Loan Services was terminated from this action, this motion is moot.

    Accordingly, **IT IS HEREBY ORDERED THAT** Aurora Loan Services LLL's Motion to Dismiss (#700) is **DENIED** as moot.

    DATED this 6th day of September 2011.

_____
Kent J. Dawson
United States District Judge