UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, *et al.*, | |
| Plaintiffs, | Case No. 2:08-CV-01463-KJD-RJJ |
| v. | **ORDER** |
| AMERICAN INVSCO CORPORATION, *et al.*, | |
| Defendants. | |

    Before the Court is the Motion to Dismiss of Commonwealth Land Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. (#746).  Plaintiffs have filed a Statement of No Position with respect to the motion.

    Commonwealth and Fidelity move for a dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The Court's September 30, 2010 ordered the Plaintiffs to file a more definite statement with respect to Commonwealth and Fidelity by October 30, 2010.  Plaintiffs filed their Third Amended Complaint and did not include Commonwealth or Fidelity as parties.  Plaintiffs have failed to oppose this motion and, accordingly, dismissal is granted. Further, since this Motion is not based upon lack of jurisdiction, improper venue, or failure to join a

party, this motion is granted as an adjudication on the merits of the causes of action previously alleged against Commonwealth and Fidelity. See Fed. R. Civ. P. 41(b)

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss of Commonwealth Land Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. (#746) is **GRANTED**.

DATED this 6th day of September 2011.

_____
Kent J. Dawson
United States District Judge