# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK TADDEO, *et al*.,

    Plaintiffs,

v.

AMERICAN INVSCO CORPORATION, *et al*.,

    Defendants.

Case No. 2:08-CV-01463-KJD-RJJ

**ORDER**

    Before the Court is Defendant Countrywide's Motion to Clarify Order Granting Motion to Dismiss (#848) and Countrywide's Motion Requesting Ruling (#888). These Motions have not been opposed. See Local Rule 7-2.

    Countrywide seeks confirmation that the Court's Order (#843) dismissing the Fraud Claims in the Third Amended Complaint included the single fraud claim alleged against Countrywide. In its September 13, 2011 Order, the Court ruled that further amendment of the Fraud Claims, including the claim against Countrywide, would be futile and granted dismissal with prejudice. (#843 at 13-14.) There is no just reason for delay of entry of final judgment as to Countrywide.

Accordingly, **IT IS HEREBY ORDERED THAT** Countrywide's Motion to Clarify Order (#848) and Motion Requested Ruling (#888) are **GRANTED**.

**IT IS FURTHER ORDERED** that Countrywide is finally and formally dismissed from this action pursuant to Fed. R. Civ. P  54(b).

DATED this 16th day of February 2012.

_____
Kent J. Dawson
United States District Judge

2