**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRANK TADDEO, *et al.*,

    Plaintiffs,

v.

AMERICAN INVSCO CORPORATION, *et al.*,

    Defendants.

Case No. 2:08-CV-01463-KJD-RJJ

**ORDER**

    Before the Court is Defendant ConAm Management Corporation's Motion for Certification of Order Granting ConAm Management's Motion to Dismiss (#878).  No opposition has been filed and ConAm has filed a reply and notice of no opposition (##891, 892).

    On September 13, 2011, this Court granted ConAm's Motion to Dismiss (#843).  ConAm seeks certification that the Order granting the Motion to Dismiss operates as a final judgment as to ConAm.  Fed. R. Civ. P. 54(b) provides that a court may enter "final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  This decision is left within the sound discretion of the court.  See Curtiss-Wright Corp. v. General Electric Co., 46 U.S. 1, 3 (1980). In a multi-party case it is appropriate to enter final

1 | judgment pursuant to Rule 54(b) when all claims against the party seeking certification are

2 | completely disposed of.  Noel v. Hall, 568 F.3d 743, 747 (9th Cir. 2009).

3 |      Plaintiffs have not opposed ConAm's motion.  See Local Rule 7-2 (failure to file points and

4 | authorities in opposition constitutes consent to granting of a motion).  The motion appears to be

5 | supported by good cause.  Each of Plaintiffs' claims against ConAm have been dismissed and there

6 | appears to be no just reason for delay.

7 |      Accordingly, **IT IS HEREBY ORDERED** that Defendant ConAm Management

8 | Corporation's Motion for Certification of Order Granting ConAm Management's Motion to Dismiss

9 | (#878) is **GRANTED**.

10 |      **IT IS FURTHER ORDERED** that the Clerk is directed to enter final judgment in favor of

11 | Defendant ConAm Management Corporation.

12 |      DATED this 17th day of April 2012.

13

14

15 | _____

16 | Kent J. Dawson
United States District Judge

17

18

19

20

21

22

23

24

25

26

2