# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK TADDEO, *et al.*,

    Plaintiffs,

v.

AMERICAN INVSCO CORPORATION, *et al.*,

    Defendants.

Case No. 2:08-CV-01463-KJD-RJJ

**ORDER**

    On May 30, 2012, the Court issued an Order (#913) severing the individual actions and directing each party to the Third Amended Complaint (#701) to file a new and separate action. The parties have each filed new and separate actions which have been assigned individual case numbers.[1] Because the individual plaintiffs have filed separate actions, case number 2:08-CV-01463-KJD-RJJ is no longer active.

    Accordingly, **IT IS HEREBY ORDERED** that Case No. 2:08-CV-01463-KJD-RJJ is **TERMINATED**.

    DATED this 17th day of September 2012.

                                      _____
                                      Kent J. Dawson
                                      United States District Judge

---

[1] The new cases are: 2:12-cv-01106-KJD-RJJ, 2:12-cv-01107-KJD-RJJ, 2:12-cv-01108-KJD-RJJ, 2:12-cv-01104-KJD -RJJ, 2:12-cv-01111-KJD-RJJ, 2:12-cv-01110-KJD-RJJ.